**IT IS SO ORDERED.**

Dated: 02 February, 2010 11:37 AM

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | CHAPTER 13 |
| SHERRIE D. THOMPSON | CASE NO. 08-12664 |
| Debtor | JUDGE RANDOLPH BAXTER |

**JUDGMENT ENTRY GRANTING
DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE**

This matter came on for consideration by this Court upon Debtor's Motion to Voluntarily Dismiss Chapter 13 Case, and upon the record.

The Court, being fully advised in the premises, finds that the Debtor represents that despite service of Debtor's Motion, together with notice of hearing thereon upon the Creditors, Chapter 13 Trustee and the Office of the U.S. Trustee, no objections were filed in response to Debtor's Motion to Voluntarily Dismiss Chapter 13 Case.

IT IS THEREFORE ORDERED that Debtor's Motion to Voluntarily Dismiss Chapter 13 Case is hereby granted by default, and the within Chapter 13 proceedings are hereby dismissed without prejudice.

\#     \#     \#

SUBMITTED AND APPROVED BY:

/s/ Waldemar J. Wojcik
_____
WALDEMAR J. WOJCIK,
Attorney for Debtor (0021824)
526 Superior Avenue, Suite 1030
Cleveland, Ohio 44114
(216) 241-2628

**CERTIFICATE OF SERVICE**

      A copy of the foregoing Judgment Entry Granting Debtor's Motion to Voluntarily Dismiss Chapter 13 case was served by the Clerk of the U.S. Bankruptcy Court via ordinary U.S. Mail, postage prepaid upon each of the following:

Nissan Motor Acceptance Corp.
P.O. Box 0502
Carol Stream, IL 60132-0502

Dell Financial Services, LLC c/o Resurgent Capital Services
P.O. Box 10390
Greenville, SC 29603-0390

Target national Bank c/o Weinstein and Riley, PS
2001 Western Avenue, STE 400
Seattle, WA 98121

Macy's Retail Holding, Inc.
TSYS Debt Mgmt., Inc.
P.O. Box 137
Columbus, GA 31902-0137

National City
P.O. Box 2049
Akron, OH 44309

U.S. Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301

Dollar Financial Group
P.O. Box 740933
Dallas, TX 75374

Checksmart
7001 Past Road, Suite 200
Dublin, OH 43016

Ecast Settlement Corp.
Assignee of Capital One Bank
P.O. Box 35480
Newark, NJ 07193-5480

Roundup Funding, LLC
MS 550
P.O. Box 91121

Seattle, WA 98111-9221
Ace American's Cash Expr.
P.O. Box 740933
Dallas, TX 75374

Craig H. Shopneck, Chapter 13 Trustee (via email)

Office of the U.S. Trustee (via email)

Waldemar J. Wojcik, Trustee (via email)